United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | **CRIMINAL NO. H-22-081-36** |
| **JOSSYMAR ALFONSO MAR-ZUNIGA,** | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this date came on to be considered the Government's Motion to Dismiss the Remaining Counts of the Indictment (Cts. 56, 58, 74-76, 89-91) against said Defendant, Jossymar Alfonso Mar-Zuniga, for the stated reason that the Defendant has pled guilty to Count 88 of the Indictment in the above numbered cause and the Court hereby GRANTS said Motion. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Counts 56, 58, 74, 75, 76, 89, 90, and 91 of the Indictment against said Defendant, Jossymar Alfonso Mar-Zuniga, is hereby DISMISSED.

It is further ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas, counsel for defendant, and counsel for the Government.

Signed at Houston, Texas on this the  3rd day of March, 2025.

_____
Alfred H. Bennett
Judge Presiding
Unites States District Court